THE STATE OF KANSAS, *Appellee,* v. JOHN R. GUFFEY, *Appellant.*

No. 47,625

Opinion filed May 10, 1975.

*Ray Hodge,* of Hodge and Wood, of Wichita, argued the cause, and was on the brief for the appellant.

*Stephen Joseph,* assistant district attorney, argued the cause, and *Curt T. Schneider,* attorney general, and *Keith Sanborn,* district attorney, were with him on the brief for the appellant.

PRAGER, J. Affirmed.

FROMME, J., not participating.

ROSA DEMUTH, ROSA DEMUTH by MARIE GRISSETTE, her Next Friend, MARIE GRISSETTE as Natural Guardian of Rosa Demuth, URBAN KLENKE, as Administrator of the Estate of Carl Demuth, deceased, *Appellees,* v. EVELYN G. DEMUTH and DON DEMUTH, *Appellants.*

No. 47,658

Opinion filed May 10, 1975.

*Byron G. Larson,* of Williams, Larson, Voss, Strobel and Estes, of Dodge City, was on the brief for the appellants.

*Harry A. Waite,* of Dodge City, was on the brief for the appellees.

*Per Curiam.* Affirmed.

FROMME, J., not participating.

STATE OF KANSAS, *Appellant,* v. PATRICK T. ROWDEN, *Appellee.*

No. 47,666

Opinion filed June 14, 1975.

*Tom R. Smith,* county attorney, argued the cause, and *Curt T. Schneider,* attorney general, was with him on the brief for the appellant.

*Grover L. Bryan,* of Liberal, argued the cause, and *J. Douglas Miller,* of Liberal, was with him on the brief for the appellee.

*Per Curiam.* Affirmed.

FROMME, J., not participating.